THOMAS P. RILEY, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 90071

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Jose Antonio Romero, et al. <br><br> Defendant. | CASE NO. CV 07-2102 LEW-GGH <br><br> PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE; AND ORDER |

TO THE HONORABLE RONALD S.W. LEW, DEFENDANT JOSE ANTONIO ROMERO, DEFENDANT, AND HIS ATTORNEY/S OF RECORD:

1.  On October 5, 2007, Plaintiff's Complaint was filed against Defendant Jose Antonio Romero, (hereinafter referred to as "Defendant").

2.  As of this writing, Plaintiff has been unable to serve the suit papers on defendant Jose Antonio Romero, because Plaintiff cannot determine a valid address for service of process.

PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING
TIME TO COMPLETE SERVICE; AND ORDER (Proposed)

PAGE 1

**WHEREFORE**, Plaintiff respectfully requests that the Court permit an additional thirty (30) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as Defendant Jose Antonio Romero.

Respectfully submitted,

Date: January 22, 2008        /s/ Thomas P. Riley
                              **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                              By: Thomas P. Riley, Esquire
                              Attorneys for Plaintiff
                              Garden City Boxing Club, Inc.

///

///

///

///

///

///

///

///

///

///

///

///

**PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE; AND ORDER (Proposed)**

**PAGE 2**

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

Plaintiff is granted an additional thirty (30) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as Defendant Jose Antonio Romero where service has not been made or service by publication requested.

**IT IS SO ORDERED**:

Date: January 22, 2008

                        /S/ **RONALD S. W. LEW**_____
                        **HONORABLE RONALD S.W. LEW**
                        United States District Court Judge

///
///
///
///
///
///
///
///

**PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING
TIME TO COMPLETE SERVICE; AND ORDER (Proposed)**

**PAGE 3**

PDF created with pdfFactory trial version www.pdffactory.com

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, CA 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On January 22, 2008 I served:

**PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Jose Antonio Romero  (Defendant)
163 French Camp Turnpike
Stockton, CA 95206

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 22, 2008, at South Pasadena, California.

Dated: January 22, 2008                    */s/ Raquel Hernandez*
                                           **RAQUEL HERNANDEZ**

PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING
TIME TO COMPLETE SERVICE; AND ORDER (Proposed)

PAGE 4

PDF created with pdfFactory trial version www.pdffactory.com